LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VANESSA GARCIA,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SAFETY SERVICES COMPANY,** and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:16-cv-07717-MWF-PLA<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 17th day of February, 2017.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 17th day of February, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Michael W. Fitzgerald
United States District Court
Central District of California

Stephen R Mick
Barnes and Thornburg LLP

Levi William Heath
Barnes and Thornburg LLP

This 17th day of February, 2017.

 s/Todd M. Friedman,
 TODD M. FRIEDMAN