UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7717-MWF(PLAx)**                    Dated: **February 22, 2017**

Title:        Vanessa Garcia -*v*- Safety Services Company, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

          None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

        In light of the Notice of Settlement filed February 17, 2017 the Court sets a hearing on Order To Show Cause Re Dismissal for **April 24, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

        **IT IS SO ORDERED**.

MINUTES FORM 90                                        Initials of Deputy Clerk   __cw__
CIVIL - GEN
                                        -1-