JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFETY SERVICES COMPANY and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. **2:16-cv-07717-MWF-PLA**<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this 20th day of April, 2017.

_____
Honorable Judge Michael W. Fitzgerald

Order to Dismiss - 1